# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELODGE HOTELS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JSK HOSPITALITY, LLC, et al., <br><br> Defendants. | Case No.  1:19-cv-01445-BAM <br><br> ORDER REQUIRING PLAINTIFF TO PROVIDE CORRECTED REQUEST FOR ABSTRACT OF JUDGMENT OR PROVIDE SUPPLEMENTAL BRIEFING <br><br> (Doc. No. 4) <br><br> SEVEN-DAY DEADLINE |

On September 30, 2020, Plaintiff Travelodge Hotels, Inc. filed an amended request for an abstract of judgment as to judgment debtors Anilkumar Patel and Kavita Patel.  (Doc. No. 4.) The most recent copy of the judgment attached therein, entitled Order Granting Motion for Final Judgment by Default and Entering Final Judgment by Default and dated March 8, 2019, issued by the United States District Court for the District of New Jersey, specifies that Defendants JSK Hospitality, LLC, Anilkumar Patel, Kavita A. Patel, Pushpa Patel, Ashok Patel, Vandana A. Patel, Dipak G. Patel, Kailash D. Patel, also known as Kalash D. Patel, Kalpesh N. Desai, and Alpa K. Desai, also known as Alpha K. Desai are jointly and severally liable in the amount of $184,923.65.  (Doc. No. 4 at 6.)  On May 22, 2019, the document was certified by the clerk of that court as a true and correct copy.  (Id. at 4.)  Plaintiff also provided a clerk's certification of a judgment to be registered in another district dated May 6, 2019, certifying the attached copy of the judgment was entered on March 8, 2019, that no motion or appeal is pending, and the time for appeal has expired.  (Id. at 3.)  This document has a CM/ECF filing

stamp from the District of New Jersey, showing the document was filed in case number 1:19-at-00732 on October 14, 2019.  (Id.)

The request for abstract of judgment submitted by Plaintiff proffers that the judgment was entered on October 14, 2019, and the "[t]otal amount of judgment as entered or last renewed" is $186,709.55.  (Id. at 1.)  This amount is not referenced in any of the certified copies of the judgment entered or renewed.  It is the general procedure of the Clerk of the Court to only enter an abstract of judgment that reflects the same monetary judgment as on the judgment as entered or last renewed.  The certified judgment attached only demonstrates a judgment entered in the amount of $184,923.65.  (Id. at 4, 6.)

Further, it does not appear that the October 14, 2019 date, entered by counsel as the date that judgment was entered, is the proper date for this section of the form.  Additionally, this action for enforcement was filed in the Fresno division of the United States District Court for the Eastern District of California, however, counsel entered the address for the Sacramento division.

Accordingly, IT IS HEREBY ORDERED that within seven (7) days of entry of this order:

1. Plaintiff shall either file a corrected request for an abstract of judgment that reflects the same monetary judgment as entered or last renewed on the certified judgment, as well as the correct date of judgment and address of this Court; or
2. If Plaintiff's position is that the increased amount of monetary judgment and date of judgment as entered is appropriate, supplemental authority or documentation demonstrating the increased amount of monetary judgment may be appropriately entered by this Court, as well as a corrected abstract of judgment that incorporates the correct address of this Court.

IT IS SO ORDERED.

Dated:   **October 5, 2020**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE